BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP    BDFTE# 00000005791173
15000 SURVEYOR BLVD
ADDISON, TX 75001
(972) 386-5040

Attorney for WELLS FARGO BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-40031-BTR-7 |
| | § | |
| JAMES D GRISHAM and YAMILETH D GRISHAM, | § § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| Movant | § | HEARING DATE: _____ |
| | § | |
| v. | § | TIME: _____ |
| | § | |
| JAMES D GRISHAM and YAMILETH D GRISHAM; MARK A. WEISBART, Trustee | § § § | |
| Respondents | § | JUDGE BRENDA T. RHOADES |

**MOTION OF WELLS FARGO BANK, N.A.
FOR RELIEF FROM STAY OF ACTION AGAINST DEBTOR(S) PURSUANT TO 11
U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO
§ 362(e)**

**NOTICE**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN 14 DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Movant, WELLS FARGO BANK, N.A., by and through the undersigned attorney, and moves the Court as follows:

1. This Motion is brought pursuant to 11 U.S.C. §362(d) in accordance with Rule 4001 of the Bankruptcy Rules.

2. On or about January 04, 2016, Debtors (hereinafter "Debtor") filed a petition for an order of relief under Chapter 7 of the Bankruptcy Code, 11 U.S.C.

3. At the time of filing the Chapter 7 petition, Movant held a Note executed on March 2, 2007, by JAMES D. GRISHAM by YAMILETH D. GRISHAM as Attorney in Fact and YAMILETH D. GRISHAM in the original amount of TWO HUNDRED TWO THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($202,500.00) with interest thereon at the rate of 6.250% per annum, as modified by loan modification dated December 05, 2014. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The indebtedness is secured by a Deed of Trust dated March 2, 2007 and executed by JAMES D. GRISHAM by YAMILETH D. GRISHAM as Attorney in Fact and YAMILETH D. GRISHAM on real estate with all improvements known as:

BEING LOT 9, IN BLOCK 15, OF QUAIL MEADOW VILLAGE, PHASE 1, AN ADDITION TO THE CITY OF FRISCO, DENTON COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDED IN CABINET U, PAGE 154, OF THE PLAT RECORDS OF DENTON COUNTY, TEXAS.

A true and correct copy of the Deed of Trust is attached hereto as Exhibit "B".

5. Debtor have failed to maintain current the payments due under the Note and are presently in arrears for 12 payments through and including the February 1, 2016 payment.

6. The outstanding indebtedness to Movant is $193,018.33 principal plus accrued interest, late charges, attorneys fees and costs as provided in the Note and Deed of Trust.

7. In accordance with the terms of the Note and Deed of Trust, Movant would allege that it is entitled to reasonable contractual attorneys fees, including, but not limited to, fees, if any, for the preparation and filing of a proof of claim and fees and costs for the filing of this Motion for Relief from Stay.

8. Debtor have failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(a).

9. By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its Note and Deed of Trust.

10. Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if appropriate, at the hearing on Movant's Motion for Relief.

11. The provision of Rule 4001 (a) (3) should be waived and Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay.

WHEREFORE, Movant prays that this Court enter an order, after notice and hearing, terminating the automatic stay as to Movant; alternatively, Movant be made whole by having all payments brought current. Movant further prays that the Court waive the provision of Rule 4001 (a) (3) and that WELLS FARGO BANK, N.A. be permitted to immediately enforce and implement any order granting relief from the automatic stay; that Movant be awarded its reasonable contractual attorneys fees and expenses for this Motion; and, that Movant be granted such other and further relief as is just.

      Respectfully submitted,

      BARRETT DAFFIN FRAPPIER
      TURNER & ENGEL, LLP


BY:  /s/ NICOLE PAPE
      NICOLE PAPE
      TX NO. 24051151
      15000 SURVEYOR BLVD
      ADDISON, TX 75001
      Telephone: (972) 386-5040
      Facsimile: (972) 661-7725
      E-mail: EDECF@BDFGROUP.COM
      ATTORNEY FOR MOVANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2016, a true and correct copy of the foregoing Motion for Relief from Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ NICOLE PAPE                                            02/17/2016

NICOLE PAPE
TX NO. 24051151
15000 SURVEYOR BLVD
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: EDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

**DEBTORS:**
YAMILETH D GRISHAM
5613 BAY MEADOWS DRIVE
FRISCO, TX  75034

YAMILETH D GRISHAM
5613 BAY MEADOWS DRIVE
FRISCO, TX  75034-4611

JAMES D GRISHAM
5613 BAY MEADOWS DRIVE
FRISCO, TX  75034

JAMES D GRISHAM
5613 BAY MEADOWS DRIVE
FRISCO, TX  75034-4611

**TRUSTEE:**
MARK A. WEISBART
12770 COIT ROAD
SUITE 541
DALLAS, TX  75251

**US TRUSTEE:**
110 N. COLLEGE AVE.
SUITE 300
TYLER, TX  75702

**DEBTOR'S ATTORNEY:**
KENNETH S HARTER
1620 E. BELTLINE ROAD
CARROLLTON, TX  75006

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
None