
EOD
04/18/2016

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE NO. 00000005791173
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for WELLS FARGO BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-40031-BTR-7 |
| | § | |
| JAMES D GRISHAM and YAMILETH D GRISHAM, | § § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| Movant | § | FINAL HEARING DATE: 04/05/2016 |
| | § | |
| v. | § | TIME: 09:30 AM |
| | § | |
| JAMES D GRISHAM and YAMILETH D GRISHAM; MARK A. WEISBART, Trustee | § § § | |
| Respondents | § | JUDGE BRENDA T. RHOADES |

**AGREED ORDER CONDITIONING AUTOMATIC STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 362**

Came on for consideration the Motion For Relief from Stay, filed by WELLS FARGO BANK, N.A., (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered cause. The Court, having considered said Motion and the agreement of counsel, is of the opinion that the following Agreed Order should be entered. It is therefore, **ORDERED, ADJUDGED, AND DECREED** that:

1. **Automatic Stay:** The Automatic Stay provided by 11 U.S.C. §362 shall remain in effect, except as provided below.

2. **Current Monthly Payments:** Debtor shall continue to remit to the Movant the regular post-petition monthly payments beginning May 01, 2016, and continue said payments

thereafter pursuant to that certain Note and Deed of Trust dated March 02, 2007.

3.  **Additional Payments:**  In addition to the payments set forth above, Debtor shall cure arrearage and pay attorney's fees and cost in the total amount of $25,114.10.  Said total amount consists of payments for the months of March 01, 2015 through April 01, 2016 additional fees and costs detailed as follows:

| | | |
|---|---|---:|
| Monthly Payment Amount | $1,794.49 x  2 | $3,588.98 |
| Monthly Payment Amount | $1,793.76 x  12 | $21,525.12 |
| Late Charges | x | $0.00 |
| Attorney's Fees | $0.00 | |
| Costs | $0.00 | |
| Total Attorney's Fees & Costs | | $0.00 |
| Amount Due | | $25,114.10 |
|    Payment Received | | $0.00 |
|    Debtor Suspense | | $0.00 |
| Total Balance Due Less Payment Received | | $25,114.10 |

The total amount due shall be paid directly to Movant at:

>WELLS FARGO BANK, N.A.
>PMT PROCESSING MAC # X2302-04C
>1 HOME CAMPUS
>DES MOINES, IA  50328
>Attention:  Bankruptcy Department

as follows:

**Debtors shall remit the total amount on or before  or before the time a discharge is granted or denied, whichever occurs first.**

4.  **Discharge:**  Notwithstanding any provision hereof, the automatic stay of 11 U.S.C. §362 shall terminate, if not sooner terminated, upon entry of the Order of Discharge.

5.  **Default:**  In the event Movant does not receive any payments by the dates set forth in the Current Monthly Payments Paragraph or the Additional Payments Paragraph, the Automatic Stay shall terminate, if not sooner terminated, as to the Movant without further

recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the collateral described as follows:

> BEING LOT 9, IN BLOCK 15, OF QUAIL MEADOW VILLAGE, PHASE 1, AN ADDITION TO THE CITY OF FRISCO, DENTON COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDED IN CABINET U, PAGE 154, OF THE PLAT RECORDS OF DENTON COUNTY, TEXAS.

IT IS FURTHER STIPULATED that the parties agree that Movant may immediately enforce and implement this Order granting relief from the automatic stay and that the provision of Rule 4001(a) (3), Federal Rules of Bankruptcy Procedure, shall not impede the enforcement and implementation of this Order.

Additionally, upon default, Movant shall notify the Court, Debtor, Attorney for Debtor, and Chapter 7 Trustee that the Automatic Stay has been terminated.

**IT IS SO ORDERED**.

Signed on 4/18/2016

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY:  /s/ CODY MARTIN                             /s/ KENNETH HARTER - with permission
    CODY MARTIN                                     KENNETH S HARTER
    TX NO. 24078927                                  1620 E. BELTLINE ROAD
    15000 SURVEYOR BLVD SUITE 100    CARROLLTON, TX  75006
    ADDISON, TX 75001
    Telephone: (972) 386-5040                  ATTORNEY FOR DEBTORS
    Facsimile: (972) 661-7725
    E-mail:  EDECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT