
EOD
04/18/2016

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP      BDFTE NO. 00000005791173
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for WELLS FARGO BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-40031-BTR-7 |
| | § | |
| JAMES D GRISHAM and YAMILETH D GRISHAM, | § § | |
|    Debtor | § | CHAPTER 7 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
|    Movant | § | FINAL HEARING DATE: 04/05/2016 |
| | § | |
| v. | § | TIME: 09:30 AM |
| | § | |
| JAMES D GRISHAM and YAMILETH D GRISHAM; MARK A. WEISBART, Trustee | § § § | |
|    Respondents | § | JUDGE BRENDA T. RHOADES |

**AGREED ORDER CONDITIONING AUTOMATIC STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 362**

     Came on for consideration the Motion For Relief from Stay, filed by WELLS FARGO BANK, N.A., (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered cause. The Court, having considered said Motion and the agreement of counsel, is of the opinion that the following Agreed Order should be entered. It is therefore, **ORDERED, ADJUDGED, AND DECREED** that:

1.     **Automatic Stay:** The Automatic Stay provided by 11 U.S.C. §362 shall remain in effect, except as provided below.

2.     **Current Monthly Payments:** Debtor shall continue to remit to the Movant the regular post-petition monthly payments beginning May 01, 2016, and continue said payments

thereafter pursuant to that certain Note and Deed of Trust dated March 02, 2007.

3.      **Additional Payments:**  In addition to the payments set forth above, Debtor shall cure arrearage and pay attorney's fees and cost in the total amount of $25,114.10.  Said total amount consists of payments for the months of March 01, 2015 through April 01, 2016 additional fees and costs detailed as follows:

| | | |
|---|---|---:|
| Monthly Payment Amount | $1,794.49 x 2 | $3,588.98 |
| Monthly Payment Amount | $1,793.76 x 12 | $21,525.12 |
| Late Charges | x | $0.00 |
| Attorney's Fees | $0.00 | |
| Costs | $0.00 | |
| Total Attorney's Fees & Costs | | $0.00 |
| Amount Due | | $25,114.10 |
| Payment Received | | $0.00 |
| Debtor Suspense | | $0.00 |
| Total Balance Due Less Payment Received | | $25,114.10 |

The total amount due shall be paid directly to Movant at:

> WELLS FARGO BANK, N.A.
> PMT PROCESSING MAC # X2302-04C
> 1 HOME CAMPUS
> DES MOINES, IA  50328
> Attention:  Bankruptcy Department

as follows:

**Debtors shall remit the total amount on or before  or before the time a discharge is granted or denied, whichever occurs first.**

4.      **Discharge:**  Notwithstanding any provision hereof, the automatic stay of 11 U.S.C. §362 shall terminate, if not sooner terminated, upon entry of the Order of Discharge.

5.      **Default:**  In the event Movant does not receive any payments by the dates set forth in the Current Monthly Payments Paragraph or the Additional Payments Paragraph, the Automatic Stay shall terminate, if not sooner terminated, as to the Movant without further

recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the collateral described as follows:

> BEING LOT 9, IN BLOCK 15, OF QUAIL MEADOW VILLAGE, PHASE 1, AN ADDITION TO THE CITY OF FRISCO, DENTON COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDED IN CABINET U, PAGE 154, OF THE PLAT RECORDS OF DENTON COUNTY, TEXAS.

IT IS FURTHER STIPULATED that the parties agree that Movant may immediately enforce and implement this Order granting relief from the automatic stay and that the provision of Rule 4001(a) (3), Federal Rules of Bankruptcy Procedure, shall not impede the enforcement and implementation of this Order.

Additionally, upon default, Movant shall notify the Court, Debtor, Attorney for Debtor, and Chapter 7 Trustee that the Automatic Stay has been terminated.

**IT IS SO ORDERED**.

Signed on 4/18/2016

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ CODY MARTIN                           /s/ KENNETH HARTER - with permission
    CODY MARTIN                              KENNETH S HARTER
    TX NO. 24078927                          1620 E. BELTLINE ROAD
    15000 SURVEYOR BLVD SUITE 100   CARROLLTON, TX  75006
    ADDISON, TX 75001
    Telephone: (972) 386-5040               ATTORNEY FOR DEBTORS
    Facsimile: (972) 661-7725
    E-mail:  EDECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT

```
                           United States Bankruptcy Court
                              Eastern District of Texas
In re:                                                          Case No. 16-40031-btr
James D Grisham                                                 Chapter 7
Yamileth D. Grisham
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0540-4         User: childsj             Page 1 of 1              Date Rcvd: Apr 18, 2016
                             Form ID: pdf400          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2016.
db/jdb         +James D Grisham,    Yamileth D. Grisham,    5613 Bay Meadows Drive,    Frisco, TX 75034-4611
cr             +Wells Fargo Bank, N.A.,    c/o BDFTE, LLP,    15000 Surveyor Blvd Suite 100,
                 Addison, TX 75001-4417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2016 at the address(es) listed below:
              Kenneth S Harter    on behalf of Joint Debtor Yamileth D. Grisham kenharter@tx.rr.com
              Kenneth S Harter    on behalf of Debtor James D Grisham kenharter@tx.rr.com
              Mark A. Weisbart    weisbartm@earthlink.net,
               mweisbart@ecf.epiqsystems.com;tarah_simmons@earthlink.net
              Nicole Pape    on behalf of Creditor   Wells Fargo Bank, N.A. edecf@bdfgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Steve Turner    on behalf of Creditor   Wells Fargo Bank, N.A. edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Timothy W. O'Neal    on behalf of U.S. Trustee   US Trustee Timothy.W.O'Neal@USDOJ.GOV,
               USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 7
```